UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Sharon Council-Harris

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Yeadon Borough, Rohan K. Hepkins Individually and as Mayor of Yeadon Borough, LaToya Monroe Individually and as President of Yeadon Borough Council, Lianna Roadcloud Individually and as Yeadon Borough Councilmember and Nicole Beaty Individually and as Yeadon Borough Councilmember

**COMPLAINT**

Jury Trial: ☐ Yes  ☒ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Sharon Council-Harris |
| | Street Address | 904 Longacre Bldv |
| | County, City | Yeadon |
| | State & Zip Code | Pennsylvania, 19050 |
| | Telephone Number | 610 803 - 1783 |

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Yeadon Borough
Street Address 600 Church Lane
County, City Delaware, Yeadon
State & Zip Code Pennsylvania 19050

Defendant No. 2
Name Rohan Hepkins
Street Address 1010 Cobbs Creek Parkway
County, City Delaware, Yeadon
State & Zip Code Pennsylvania 19050

Defendant No. 3
Name Lianna Roadcloud
Street Address 826 Cypress Street
County, City Delaware, Yeadon
State & Zip Code Pennsylvania 19050

Defendant No. 4
Name LaToya Monroe
Street Address 423 Holly Road
County, City Delaware, Yeadon
State & Zip Code Pennsylvania 19050

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    Ǫ  Federal Questions          Ǫ  Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  Federal Question is the basis of jurisdiction under 42 U.S. Code § 1983 in my case.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? The events giving rise to my claim occurred in Yeadon Pennsylvania.

B. What date and approximate time did the events giving rise to your claim(s) occur? The events giving rise to my claim began on or about January 20, 2022 at 8:50pm.

C. Facts: I was elected president of Yeadon Borough Council on November 7, 2021.

[What happened to you?]

As Council President my duties included evaluating the Borough's budget and determining whether certain contracts were renewed with the Council's approval. On January 17, 2022 the members of the Yeadon Borough Council voted and reached a quorum to terminate the contract of then Chief of Police Anthony Paparo. After Paparo's termination I was subject to continuous threats, verbal attacks, intimidation and harassment by the above named Defendants. On January 20, 2022 at approximately 8:50pm I was verbally attacked by Lianna Roadcloud in Council Chambers after a Council Meeting where yelled "you dumb bitch, you stupid bitch, don't have any class bitch, you don't know what the fuck your are doing firing the chief, you and your dumb ass friends, I hope you drop dead bitch." This attack was witnessed by others including

[Who did what?]

local reporter Ashley Cadwell. After the attack the harassment continued. On July 21, 2022 during a Council Meeting LaToya Monroe began a violent verbal attack relating to the death of a Yeadon resident where she shouted "I CAN'T FIND THE MAYOR, I CAN'T FIND THE MAYOR HE AIN'T NEVER KILLED NOBODY SHARON DID, SHE HAS BLOOD ON HER HANDS " During this attack Rohan Hepkins did nothing in his capacity as mayor to stop the attack He encouraged the attack and laughed as I was accosted by Monroe. On April 1, 2022 I was verbally attacked by Lianna Roadcloud during a Council Meeting the attack was so intense that the Solicitor for the Borough stepped in and

[Was anyone else involved?]

reminded the Council about decorum during the meeting. After the Solicitor's warning Lianna Roadcloud continued to verbally attack me. On June 16, 2022 I was verbally attacked by Lianna Roadcloud during a Council Meeting. On July 27, 2023 Rohan Hepkin reversed Yeadon Borough policy pertaining to disorderly conduct and advised the police chief that he was not allowed to remove any attendees in the event of a disruption or outburst. On August 17, 2023 I was removed as President of the Yeadon Borough Council.

On September 20, 2023 LaToya Monroe began an online blog accusing me of embezzlement and linking me to the suicide of two Yeadon residents who died in custody of the Yeadon Police Department. On September 27, 2023 I filed a complaint with the EEOC.

[Who else saw what happened?]

On October 16, 2023 the EEOC completed its investigation and informed me of my right to sue.

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. As a result of the Defendants actions I suffered from various mental and physical injuries including high blood pressure, shortness of breath, high cortisol levels, depression, post traumatic stress disorder, suicidal ideation, brain fog, amnesia, symptoms of a brain aneurysm, symptoms of transient ischaemic attack and congestive heart failure. I received treatment by various medical providers including neurologists, cardiologist, cognitive behavioral therapist and a psychiatrist. In August 2023 I received doctors orders to discontinue my attendance at council meetings due to its impact on my physical and mental health. On December 8, 2023 I resigned from the Yeadon Borough Council.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am seeking 3 Million Dollars in damages for the mental and physical injuries I have incurred as a result of the Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __January__, 20__24__.

Signature of Plaintiff _Sharon Council-Harris_
Mailing Address  904 Longacre Bldv
Yeadon, PA 19050

Telephone Number  610 803- 1783
Fax Number *(if you have one)* _____
E-mail Address  sharoncouncil806@gmail.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____